No. 287. MOORE v. UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. John B. Dudley* for petitioner. *Acting Solicitor General Judson, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 290. HALLIBURTON OIL WELL CEMENTING CO. v. WALKER ET AL., DOING BUSINESS AS DEPTHOGRAPH COMPANY. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Earl Babcock* for petitioner. *Mr. Harold W. Mattingly* for respondents.

No. 293. MESECK TOWING & TRANSPORTATION CO. v. RICE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Christopher E. Heckman* for petitioner.

No. 294. SOUTHEASTERN BUILDING CORP. v. COMMISSIONER OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. H. C. Ackert* and *John W. Giesecke* for petitioner. *Acting Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key, Robert N. Anderson* and *Miss Louise Foster* for respondent.

No. 299. RUTHBELL COAL CO. v. STANTON, ADMINISTRATRIX. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.